1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD ROY SCOTT,

              Plaintiff,

     v.

STATE OF WASHINGTON,

              Defendant.

Case No. C04-5707 RBL

ORDER DENYING
PLAINTIFF'S  MOTION
FOR CLARIFICATION

       This matter comes before the Court on Plaintiff Scott's "Motion for Clarification." [Dkt. #26].

Plaintiff apparently takes issue with the Court's Order [Dkt. #24] dismissing this and Plaintiff's other cases

with prejudice, as a sanction for abusive litigation.  Plaintiff's contends that the underlying case was

previously dismissed, [*See* Dkt. #s 15, 19, and 23], and thus it is error to dismiss it again.

       This Motion is frivolous.  Plaintiff's conduct in this case forms part of the basis for the Order

dismissing all of his cases with prejudice.  The Motion is therefore DENIED.

       DATED this 3rd day of May, 2005.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1